■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT R. STINE, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered May 4, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Lunn, Peradotto and Pine, JJ.